UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREENWOOD MOTOR LINES, INC. ) | Case No. 4:24-cv-00116-TWP-KMB |
| d/b/a R&L CARRIERS, ) | |
| ) | |
| and ) | |
| ) | |
| R&L CARRIERS SHARED SERVICES, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING THE REMOTE ATTENDANCE OF DEFENDANTS' AUTHORIZED REPRESENTATIVES FOR THE JUNE 12, 2025, SETTLEMENT CONFERENCE

This matter coming before the Court on Defendants', Greenwood Motor Lines, Inc., d/b/a R&L Carriers; R&L Carriers Shared Services, LLC, and Claude Brooks (collectively, "Defendants"), Consent Motion to Permit the Authorized Representatives to Attend the Settlement Conference Remotely, and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that Defendants' Consent Motion to Permit the Authorized Representatives to Attend the Settlement Conference Remotely is **GRANTED** (Dkt. 43).

**IT IS FURTHER ORDERED** that the Defendants' authorized representatives will be allowed to remotely, via Zoom or similar means, attend the currently scheduled Settlement Conference set for June 12, 2025, at 1:30 p.m. (EST). Defense counsel shall schedule a Zoom conference and arrange to connect Defendants' authorized representatives at the time of the conference.

**IT IS SO ORDERED.**

DATE: __4/1/2025_____

                                                              VAN WILLIS
                                                              United States Magistrate Judge
                                                              Southern District of Indiana

Distribution:

Edward M. O'Brien
J. Trey Shoemaker
Wilson Elser Moskowitz Edelman & Dicker, LLP
edward.obrien@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendants*

Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*