UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-00116-TWP-KMB |
| ) | |
| GREENWOOD MOTOR LINES, INC., ) | |
| R&L CARRIERS SHARED SERVICES, L.L.C., ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on April 22, 2025, with Magistrate Judge Kellie M. Barr. The Court and counsel discussed discovery progress and overall case status. Counsel reported that the case remains on track ahead of the previously scheduled settlement conference on June 12, 2025.

**SO ORDERED.**

Date: 4/25/2025

_Kellie M. Barr_
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email