UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREENWOOD MOTOR LINES, INC. ) | Case No. 4:24-cv-00116-TWP-KMB |
| d/b/a R&L CARRIERS, ) | |
| ) | |
| and ) | |
| ) | |
| R&L CARRIERS SHARED SERVICES, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| *Defendants*. ) | |

### NOTICE TO TAKE VIDEO DEPOSITION OF PLAINTIFF WILLIAM EVANS

Please take notice that Defendants will take the deposition of Plaintiff, William Evans, on Friday, May 23, 2025, at 2:00 PM (EST), or immediately after the deposition of Defendant, Claude Brooks, via Zoom Videoconference. Said deposition will be recorded by video and stenographic transcription for the purposes of discovery, and for all purposes permitted by the Federal Rules of Civil Procedure, continuing from day to day until complete.

1

313359554v.1

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ J. Trey Shoemaker*
Edward M. O'Brien
J. Trey Shoemaker
100 Mallard Creek Rd., Suite 250
Louisville, KY 40207
502.238.8500
502.238.7844 (fax)
edward.obrien@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Court on May 19, 2025, using the CM/ECF system, which will send notice of filing to the following counsel of record:

Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

Nancy Nunnelley
E: nunnelleycourtreporter@gmail.com

*/s/ J. Trey Shoemaker*
*Counsel for Defendants*

313359554v.1