UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-00116-TWP-KMB |
| ) | |
| GREENWOOD MOTOR LINES, INC., ) | |
| R&L CARRIERS SHARED SERVICES, L.L.C., ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

### ENTRY FROM SETTLEMENT CONFERENCE

The Parties, in person and by counsel, appeared for a Settlement Conference on June 12, 2025, with Magistrate Judge Van T. Willis. The conference was held and concluded without settlement.

Date:  6/12/2025

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution:

Terry E. Goodspeed
Aguiar Injury Lawyers
terry@kylawoffice.com

Jonathan B. Hollan
Sam Aguiar Injury Lawyers
jhollan@kylawoffice.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

Jonathon Trey Shoemaker
Wilson Elser Moskowitz Edelman & Dicker, LLP
trey.shoemaker@wilsonelser.com