UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-00116-TWP-KMB |
| ) | |
| GREENWOOD MOTOR LINES, INC., ) | |
| R&L CARRIERS SHARED SERVICES, L.L.C., ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

**ENTRY SETTING TELEPHONIC STATUS CONFERENCE**

The settlement conference before Magistrate Judge Van T. Willis did not resolve this case. [Dkt. 48.] Thus, the Parties shall continue to litigate the case, and the current Case Management Plan deadlines remain in effect.

This case is now set for a Telephonic Status Conference on **September 23, 2025, at 2:00 p.m. (Eastern),** before United States Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 6/23/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Terry E. Goodspeed
Aguiar Injury Lawyers
terry@kylawoffice.com

Jonathan B. Hollan
Sam Aguiar Injury Lawyers
jhollan@kylawoffice.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

Jonathon Trey Shoemaker
Wilson Elser Moskowitz Edelman & Dicker, LLP
trey.shoemaker@wilsonelser.com