UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-00116-TWP-KMB |
| ) | |
| GREENWOOD MOTOR LINES, INC., ) | |
| R&L CARRIERS SHARED SERVICES, L.L.C., ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

**ORDER SETTING DISCOVERY CONFERENCE**

At the request of counsel, the Court sets this case for a discovery conference on **August 14, 2025, at 1:30 p.m. (Eastern),** to be conducted by telephone with Magistrate Judge Kellie M. Barr. Counsel shall attend the conference by calling 571-353-2301, access code 777 256 841.

To assist the Court in preparing for the conference, the Parties are ordered to file no later than **12:00 p.m. (Eastern) on August 12, 2025,** a joint submission that (1) briefly describes, in a few sentences and without argument, the nature of the matters in dispute and (2) to the extent written discovery responses are in dispute, includes as an exhibit the specific responses at issue. The Parties should not file the entirety of discovery responses—only those pages containing the responses that are at issue.

**SO ORDERED.**

Date: 8/8/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email