UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GREENWOOD MOTOR LINES, INC. d/b/a R&L CARRIERS, | ) ) ) ) |
| and | ) ) |
| R&L CARRIERS SHARED SERVICES, LLC, | ) ) ) |
| and | ) ) |
| CLAUDE BROOKS, | ) ) |
| Defendants. | ) |

Case No. 4:24-cv-00116-TWP-KMB

**JOINT SUBMISSION REGARDING DISCOVERY DISPUTE**

Plaintiff William Evans and Defendant Greenwood Motor Lines, Inc. d/b/a R&L Carriers ("Greenwood"), by and through undersigned counsel and pursuant to the Court's order of August 8, 2025 (ECF No. 50), hereby provide the following brief summary of the parties' discovery dispute:

Plaintiff seeks supplementation of certain responses of Defendant Greenwood to Plaintiff's Requests for Production. *See* **Exhibit 1**, Defendant's Responses and Objections to Plaintiff's First Set of Requests for Production (only the responses at issue are attached per the Court's order). Defendant Greenwood has agreed to supplement certain responses, but areas of dispute remain—primarily concerning relevancy and discoverability. Plaintiff also seeks to take three fact witness depositions, including a Fed. R. Civ. P. 30(b)(6) deposition of Defendant Greenwood. Defendant

Greenwood objects to Plaintiff's request for additional depositions based on the expiration of the June 26, 2025, deadline for fact discovery. The parties now seek the assistance of the Court in resolving their remaining discovery disputes. Although not required by the Court's order, the parties have attached their relevant correspondence on this dispute because they believe it will assist the Court in understanding the nature of their dispute. *See* **Exhibit 2**.

**DATED: August 12, 2025.**

Respectfully submitted,

*/s/ Jonathan B. Hollan*
Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*


*/s/ Edward M. O'Brien*
Edward M. O'Brien
J. Trey Shoemaker
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
502.238.8500
502.238.7844 (fax)
edward.obrien@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendants*