UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

WILLIAM EVANS,                                    )
                                                  )
                        Plaintiff,                )
                                                  )
            v.                                    )        No. 4:24-cv-00116-TWP-KMB
                                                  )
GREENWOOD MOTOR LINES, INC.,                      )
R&L CARRIERS SHARED SERVICES, L.L.C.,             )
CLAUDE BROOKS,                                    )
                                                  )
                        Defendants.               )

## ENTRY AND ORDER FROM TELEPHONIC DISCOVERY CONFERENCE

The Parties, by counsel, appeared on the record for a Telephonic Discovery Conference on August 14, 2025, with Magistrate Judge Kellie M. Barr.  The Court held this conference at the Parties' request, and the Parties filed a Joint Report of Discovery Dispute as ordered ahead of the conference.  [Dkt. 52.]  The Parties' discovery disputes pertain to multiple Requests for Production that Plaintiff contends Defendants need to supplement, and the Parties' dispute about whether Plaintiff shall be allowed to take three depositions after the close of non-expert/liability discovery.

After an extensive discussion and argument presentation, the Parties were able to resolve most of their disputes regarding the Plaintiff's Requests for Production.  Defendants represented that they will be making a supplemental production **no later than August 21, 2025**, which will resolve many of the disputes.  Request numbers 14, 31, and 43 remain unresolved, however, and the Court **ORDERED** the Parties to meet and confer and file a Joint Status Report describing the status of those disputes no later than **August 28, 2025**.  If the Parties do not resolve any or all of those disputes by that deadline, then the Joint Status Report shall also include a proposed briefing schedule for any forthcoming discovery motion.

The Court also heard argument from the Parties regarding three depositions that Plaintiff wants to take over Defendants' objection.  Defendants primarily object because the non-expert/liability discovery deadline in this case was June 26, 2025.  After hearing argument and considering the issue, the Court ruled that the Plaintiff may conduct these three additional depositions.  The Court ruled this way because Plaintiff raised the possibility of these three depositions ahead of the non-expert/liability discovery deadline, and delay by Defendants in responding to Plaintiff's discovery dispute letter as well as the forthcoming document production inform this issue.  Other than these three depositions and Defendants' forthcoming discovery supplementation, however, the non-expert/liability discovery deadline is not being generally extended.

The Court and counsel discussed the current case management plan deadlines.  After that discussion, counsel are **ORDERED** to meet and confer and promptly file a joint motion to extend any current case management plan deadlines that they believe are impacted.  The forthcoming motion shall also state whether counsel believes the new requested deadlines impact the current trial date; however, any decision regarding the trial date will be made by the District Judge.

This case was previously set for a Telephonic Status Conference on September 23, 2025. Given the extensive discussion with counsel today and the anticipated motion to extend case management plan deadlines, the Court **RESCHEDULES** that Telephonic Status Conference to instead be held on **October 15, 2025, at 2:30 p.m. (Eastern)**, before United States Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

    **SO ORDERED**.

Date: 8/14/2025

Kellie M. Barr
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email