UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GREENWOOD MOTOR LINES, INC. | ) Case No. 4:24-cv-00116-TWP-KMB |
| d/b/a R&L CARRIERS, | ) |
| | ) |
| and | ) |
| | ) |
| R&L CARRIERS SHARED SERVICES, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| CLAUDE BROOKS, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT REGARDING DISCOVERY

Plaintiff William Evans and Defendants Greenwood Motor Lines, Inc. R&L Carriers Shared Services, LLC, and Claude Brooks, by and through counsel, and pursuant to the Court's order of August 14, 2025 [Filing No. 53], hereby file this Joint Status Report Regarding Discovery and report to the Court as follows:

1. The parties met and conferred on August 20, 2025, to discuss their remaining areas of dispute regarding Plaintiff's request that Defendant Greenwood Motor Lines, Inc. ("Greenwood") supplement certain of its responses to Plaintiff's First Set of Requests for Production. Plaintiff agreed to Greenwood's request for an additional seven (7) days to provide its supplemental production, which was necessary after Greenwood informed its counsel that it would

need additional time to investigate the existence of and gather any additional responsive material. Under the parties' agreement, Greenwood's new supplementation deadline is August 28, 2025.

2. Plaintiff will review Greenwood's supplemental production and advise Greenwood of any further remaining areas of disagreement or requested supplementation by September 4, 2025. If any discovery disputes remain, the parties will meet and confer as required by the Court's Standing Discovery Order and local rules and follow the procedures therein for involving the Court if necessary. The parties propose to file a Joint Status Report with the Court by September 8, 2025.

3. If Plaintiff elects to proceed with a Fed. R. Civ. P. 30(b)(6) deposition of Defendant Greenwood, he shall send a list of proposed topics for the deposition to defense counsel by September 19, 2025. If the parties disagree as to the scope of the deposition or the proposed topics, they will meet and confer as required by the Court's Standing Discovery Order and local rules and follow the procedures therein for involving the Court if necessary.[1]

4. The parties anticipate completing the up to three depositions requested by Plaintiff by or before October 17, 2025.[2] They have filed a Motion to Amend Certain Case Management Deadlines simultaneously with this Joint Status Report.

**DATED: August 25, 2025.**

---

[1] During the August 20, 2025, meet-and-confer discussion, counsel for Greenwood advised counsel for Plaintiff of Greenwood's view that the Court's forthcoming ruling on Defendants' Partial Motion to Dismiss (which seeks dismissal of Plaintiff's claims for gross negligence; negligent hiring, training, retention, and supervision; and punitive damages) could affect the permissible scope of any Rule 30(b)(6) deposition. [*See* Filing Nos. 21, 22]. The parties agreed to discuss the impact, if any, of the Court's decision on any Rule 30(b)(6) deposition once the Court rules.

[2] The completion date for the three (3) additional depositions was discussed in consideration with the availability of undersigned counsel. Specifically, Plaintiff's undersigned counsel had multiple scheduling conflicts to work around, including a week-long jury trial for the final week of September in Kentucky state court and additional out-of-state conflicts totaling six (6) additional days in the weeks following the agreed-upon date for supplemental production.

Respectfully submitted,

*/s/ Jonathan B. Hollan*
Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

*/s/ Edward M. O'Brien*
Edward M. O'Brien
J. Trey Shoemaker
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
502.238.8500
502.238.7844 (fax)
edward.obrien@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the Court on August 25, 2025, using the CM/ECF system, which will send notice of filing to the following counsel of record:

Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

                                                    */s/ Edward M. O'Brien*
                                                    *Counsel for Defendants*