UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:24-cv-116-TWP-KMB** |
| v. ) | |
| ) | The Parties' Joint Status Report is **ACKNOWLEDGED**. [Dkt. 54.] The Parties are **ORDERED** to file an updated Joint Status Report by **September 8, 2025**. |
| GREENWOOD MOTOR LINES, INC. ) | |
| d/b/a R&L CARRIERS, ) | |
| ) | |
| and ) | **KMB, MJ, 08/26/2025** |
| ) | |
| R&L CARRIERS SHARED SERVICES, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT REGARDING DISCOVERY

Plaintiff William Evans and Defendants Greenwood Motor Lines, Inc. R&L Carriers Shared Services, LLC, and Claude Brooks, by and through counsel, and pursuant to the Court's order of August 14, 2025 [Filing No. 53], hereby file this Joint Status Report Regarding Discovery and report to the Court as follows:

1. The parties met and conferred on August 20, 2025, to discuss their remaining areas of dispute regarding Plaintiff's request that Defendant Greenwood Motor Lines, Inc. ("Greenwood") supplement certain of its responses to Plaintiff's First Set of Requests for Production. Plaintiff agreed to Greenwood's request for an additional seven (7) days to provide its supplemental production, which was necessary after Greenwood informed its counsel that it would