UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREENWOOD MOTOR LINES, INC. )<br>d/b/a R&L CARRIERS, )<br>)<br>and )<br>)<br>R&L CARRIERS SHARED SERVICES, LLC, )<br>)<br>and )<br>)<br>CLAUDE BROOKS, )<br>)<br>*Defendants*. ) | Case No. 4:24-cv-00116-TWP-KMB |

## ORDER GRANTING JOINT MOTION TO MODIFY CERTAIN CASE MANAGEMENT DEADLINES

This matter is before the court on the parties' Joint Motion to Modify Certain Case Management Deadlines, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that the parties' Joint Motion is **GRANTED**. [Dkt. 55.] The Case Management Plan is **AMENDED** as follows:

1. Plaintiff's deadline to serve expert disclosures shall be October 31, 2025.

2. The parties' deadline to file any dispositive motions shall be extended to October 31, 2025.

3. Defendants' deadline to serve their expert disclosures shall be December 1, 2025.

4. The parties' deadline to complete expert witness discovery and discovery relating to damages shall be January 26, 2026.

      5.      Any party wishing to preclude expert testimony at trial shall file any such motions on or before February 16, 2026.

      6.      If Plaintiff elects to proceed with the three requested depositions discussed by the Court and counsel at the August 14, 2025, telephonic discovery conference and in the Court's August 14, 2025, order [Filing No. 53], those depositions shall be completed by or before October 17, 2025. Other than Defendants' forthcoming supplemental document production and the three depositions, non-expert/liability discovery is not being generally extended and shall remain closed.

**The Parties' requested extensions do impact the trial date as currently set, such that the Parties are ORDERED to file a motion to reschedule the current final pretrial conference and trial date within seven (7) days of the date of this Order.**

      SO ORDERED.

Date: 8/28/2025

                                             Kellie M. Barr
                                             United States Magistrate Judge
                                             Southern District of Indiana

Distribution:

All ECF-registered counsel of record via e-mail.