UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREENWOOD MOTOR LINES, INC. ) | Case No. 4:24-cv-00116-TWP-KMB |
| d/b/a R&L CARRIERS, ) | |
| ) | |
| and ) | |
| ) | |
| R&L CARRIERS SHARED SERVICES, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND JURY TRIAL DATES**

Plaintiff William Evans and Defendants Greenwood Motor Lines, Inc., R&L Carriers Shared Services, LLC, and Claude Brooks, by and through undersigned counsel and pursuant to the Court's order of August 28, 2025 [Filing No. 57], hereby jointly move to continue the final pretrial conference and jury trial dates in this matter. As grounds for this Motion, the parties state as follows:

1. On August 28, 2025, the Court granted the parties' Joint Motion to Modify Certain Case Management Deadlines, extending the parties' deadlines to make expert disclosures, file dispositive motions, complete expert witness discovery and discovery relating to damages, and file any motion to preclude expert testimony at trial. [Filing No. 57].

319292091v.1

2. In this order, Magistrate Judge Barr found that the parties' requested extensions "do impact the trial date as currently set, such that the Parties are ORDERED to file a motion to reschedule the current final pretrial conference and trial date within seven (7) days of the date of this Order." [*Id.*].

3. The final pretrial conference is currently set for April 8, 2026, and the jury trial set to begin on May 4, 2026. [*See* Filing No. 31].

4. Consistent with Judge Barr's order, the parties respectfully request that the Court continue the final pretrial conference and trial dates set forth above to accommodate the recent amendments to the Case Management deadlines, and would suggest a final pretrial conference and trial date of late summer or early fall 2026—which should enable the parties to comply with the new Case Management deadlines and afford the Court sufficient opportunity to rule on any dispositive or expert-related motions the parties may file. The parties do not foresee a need for any further continuances.[1]

5. This Motion is not made for the purpose of causing any undue delay and will not prejudice any party.

**WHEREFORE**, the parties respectfully request that the Court grant their motion, vacate the current pretrial and jury trial date, and set a new pretrial conference and trial date for late summer or early fall 2026.

**DATED: September 4, 2025.**

---

[1] If the Court wishes for the parties to provide information about counsel's availability during the timeframe suggested for the new pretrial conference and trial dates, the parties are happy to do so.

Respectfully submitted,

*/s/ Jonathan B. Hollan*
Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

*/s/ Edward M. O'Brien*
Edward M. O'Brien
J. Trey Shoemaker
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
502.238.8500
502.238.7844 (fax)
edward.obrien@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was electronically filed with the Court on September 4, 2025, using the CM/ECF system, which will send notice of filing to the following counsel of record:

Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

                ***/s/ Edward M. O'Brien***
                *Counsel for Defendants*