UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREENWOOD MOTOR LINES, INC. ) | Case No. 4:24-cv-00116-TWP-KMB |
| d/b/a R&L CARRIERS, ) | |
| ) | |
| and ) | |
| ) | |
| R&L CARRIERS SHARED SERVICES, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| *Defendants*. ) | |

**SECOND JOINT STATUS REPORT REGARDING DISCOVERY**

Plaintiff William Evans and Defendants Greenwood Motor Lines, Inc. R&L Carriers Shared Services, LLC, and Claude Brooks, by and through counsel, and pursuant to the Court's order of August 14, 2025 [Filing No. 53] and marginal entry of August 28, 2025 [Filing No. 56], hereby file this Joint Status Report Regarding Discovery and report to the Court as follows:

The parties have resolved the discovery disputes previously raised with the Court and do not require further assistance or direction from the Court on those issues.

**DATED: September 8, 2025.**

Respectfully submitted,

*/s/ Jonathan B. Hollan*
Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

*/s/ Edward M. O'Brien*
Edward M. O'Brien
J. Trey Shoemaker
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
502.238.8500
502.238.7844 (fax)
edward.obrien@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was electronically filed with the Court on September 8, 2025, using the CM/ECF system, which will send notice of filing to the following counsel of record:

Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

             */s/ Edward M. O'Brien*
             *Counsel for Defendants*