UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREENWOOD MOTOR LINES, INC. ) | Case No. 4:24-cv-00116-TWP-KMB |
| d/b/a R&L CARRIERS, ) | |
| ) | The Parties' Second Joint Status Report is **ACKNOWLEDGED.** [Dkt. 60.] |
| and ) | |
| ) | **KMB, MJ, 09/09/2025** |
| R&L CARRIERS SHARED SERVICES, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

## SECOND JOINT STATUS REPORT REGARDING DISCOVERY

Plaintiff William Evans and Defendants Greenwood Motor Lines, Inc. R&L Carriers Shared Services, LLC, and Claude Brooks, by and through counsel, and pursuant to the Court's order of August 14, 2025 [Filing No. 53] and marginal entry of August 28, 2025 [Filing No. 56], hereby file this Joint Status Report Regarding Discovery and report to the Court as follows:

The parties have resolved the discovery disputes previously raised with the Court and do not require further assistance or direction from the Court on those issues.

**DATED: September 8, 2025.**