UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, )<br>)<br>　Plaintiff, )<br>)<br>v. )<br>)<br>GREENWOOD MOTOR LINES, INC. )<br>d/b/a R&L CARRIERS, )<br>)<br>and )<br>)<br>R&L CARRIERS SHARED SERVICES, LLC, )<br>)<br>and )<br>)<br>CLAUDE BROOKS, )<br>)<br>　*Defendants*. ) | Case No. 4:24-cv-00116-TWP-KMB |

### ORDER GRANTING JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND JURY TRIAL DATES

This matter is before the Court on the parties' Joint Motion to Continue the Final Pretrial Conference and Jury Trial Dates, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that the parties' Joint Motion is **GRANTED**. The April 8, 2026, final pretrial conference and May 4, 2026, jury trial dates are **VACATED**, and the Court resets those dates as follows:

The final pretrial conference shall be held on July 29, 2026 at 3:00 p.m., Room 330, United States Courthouse, Indianapolis, Indiana.  The jury trial shall begin on August 24, 2026 at 9:00 a.m., Courtroom 200, United States Courthouse, New Albany, Indiana.

**IT IS SO ORDERED.**

Date: 9/11/2025

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution: All counsel of record via CM/ECF system.