UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GREENWOOD MOTOR LINES, INC. | )    Case No. 4:24-cv-00116-TWP-KMB |
| d/b/a R&L CARRIERS, | ) |
| | ) |
| and | ) |
| | ) |
| R&L CARRIERS SHARED SERVICES, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| CLAUDE BROOKS, | ) |
| | ) |
|     *Defendants*. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Defendants Greenwood Motor Lines, Inc., R&L Carriers Shared Services, LLC, and Claude Brooks, pursuant to Local Rule 6-1, hereby moves for an extension of time to file their Answer to Plaintiff's Complaint. As grounds, Defendants state as follows:

1. On September 3, 2025, the Court entered an order denying Defendants' Motion for Partial Dismissal for Failure to State a Claim. [*See* Filing No. 58].

2. Under Fed. R. Civ. P. 12(a)(4), Defendants' responsive pleading to Plaintiff's Complaint is due September 17, 2025.

3. Due to various other professional obligations and travel, defense counsel requires a brief extension of time to finalize responsive pleadings on behalf of all Defendants and secure approval from Defendants to file the responsive pleadings drafted.

4. This Motion is not made for the purpose of delay and will not prejudice any party to this action.

5. Defense counsel has conferred with counsel for Plaintiff, who had advised Plaintiff has no objection to this request.

**WHEREFORE**, Defendants respectfully request that their deadline to respond to Plaintiff's Complaint be extended to September 24, 2025.

**DATED: September 17, 2025.**

Respectfully submitted,

*/s/ Edward M. O'Brien*
Edward M. O'Brien
J. Trey Shoemaker
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Rd., Suite 250
Louisville, KY  40207
502.238.8500
502.238.7844 (fax)
edward.obrien@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was electronically filed with the Court on September 17, 2025, using the CM/ECF system, which will send notice of filing to the following counsel of record:

Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

              ***/s/ Edward M. O'Brien***
              *Counsel for Defendants*