UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREENWOOD MOTOR LINES, INC. )<br>d/b/a R&L CARRIERS, )<br>)<br>and )<br>)<br>R&L CARRIERS SHARED SERVICES, LLC, )<br>)<br>and )<br>)<br>CLAUDE BROOKS, )<br>)<br>*Defendants*. ) | Case No. 4:24-cv-00116-TWP-KMB |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**

This matter is before the Court on the motion of Defendants Greenwood Motor Lines, Inc., R&L Carriers Shared Services, LLC, and Claude Brooks, for an extension of time to file a response to Plaintiff's Complaint, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**. [Dkt. 63.] Defendants shall respond to Plaintiff's Complaint on or before **September 24, 2025**.

**SO ORDERED.**

Date: 9/24/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

**Distribution**: All counsel of record via CM/ECF.

320491749v.1