UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WILLIAM EVANS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 4:24-cv-00116-TWP-KMB ) |
| GREENWOOD MOTOR LINES, INC., R&L CARRIERS SHARED SERVICES, L.L.C., CLAUDE BROOKS, | ) ) ) ) ) |
| Defendants. | ) |

**ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE**

The Parties, by counsel, appeared for a Telephonic Status Conference on October 15, 2025, with Magistrate Judge Kellie M. Barr. Counsel reported to the Court on discovery progress and overall case status. Counsel also reported that settlement negotiations remain ongoing and that they will promptly notify the Court if the case resolves.

Counsel anticipate filing a joint motion to slightly extend the deadlines related to expert disclosures and dispositive motions. Counsel for Defendants represented that Defendants are contemplating filing a partial motion for summary judgment. Counsel for Plaintiff represented the same. To the extent the Parties anticipate both filing motions for summary judgment, any motion requesting that the dispositive motions deadline be extended shall also include a proposed briefing schedule for cross-motions for summary judgment.

**SO ORDERED.**

Date: 10/15/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Terry E. Goodspeed
Aguiar Injury Lawyers
terry@kylawoffice.com

Jonathan B. Hollan
Sam Aguiar Injury Lawyers
jhollan@kylawoffice.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

Jonathon Trey Shoemaker
Wilson Elser Moskowitz Edelman & Dicker, LLP
trey.shoemaker@wilsonelser.com