UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

| | |
|---|---|
| WILLIAM EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREENWOOD MOTOR LINES, INC. ) | Case No. 4:24-cv-00116-TWP-KMB |
| d/b/a R&L CARRIERS, ) | |
| ) | |
| and ) | |
| ) | |
| R&L CARRIERS SHARED SERVICES, LLC, ) | |
| ) | |
| and ) | |
| ) | |
| CLAUDE BROOKS, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO MODIFY DISPOSITIVE MOTION, EXPERT DISCLOSURE, AND EXPERT DISCOVERY DEADLINES**

Plaintiff William Evans and Defendants Greenwood Motor Lines, Inc., R&L Carriers Shared Services, LLC, and Claude Brooks, by and through undersigned counsel, hereby jointly move to modify the dispositive and expert disclosure deadlines in this matter. As grounds for this Motion, the parties state as follows:

1. On October 15, 2025, the parties appeared by counsel at a telephonic status conference with Magistrate Judge Kellie M. Barr. At the status conference, the parties reported on their efforts to complete the deposition of Defendant Claude Brooks' direct supervisor at the time of the subject accident, which was set for November 4, 2025. Due to unforeseen circumstances, that deposition had to be rescheduled and is anticipated to be completed by October 31, 2025. Plaintiff represented to the Court that he expects this deposition to be important for his liability

expert(s) to consider in forming opinions in this case, and as a result Plaintiff's expert disclosure deadline would likely need to be adjusted slightly. Given the circumstances, Defendants did not object to this request.

2. Plaintiff's expert disclosures are currently due October 31, 2025. Defense disclosures are due December 1, 2025. The parties' deadline to complete expert witness discovery and discovery relating to damages is January 26, 2026. Motions relating to expert testimony are due February 16, 2026. [*See* Filing No. 57].

3. At the status conference, Magistrate Judge Barr indicated that there was some limited "wiggle room" in the above deadlines and encouraged the parties to file a joint motion to make appropriate modifications to them. The parties have conferred and now propose the following revised deadlines:

   a. Plaintiff's expert disclosure deadline: November 21, 2025;

   b. Defendants' expert disclosure deadline: December 22, 2025;

   c. Deadline to complete expert witness discovery and discovery relating to damages: February 16, 2026;

   d. Deadline to file motions relating to expert testimony: March 13, 2026.

4. The parties also propose to move the dispositive motions deadline from October 31, 2025, to November 21, 2025. Defendants anticipate filing a motion for partial summary judgment.

5. These modifications will not unduly delay the progress of this case, nor jeopardize the parties' current trial date.

**WHEREFORE**, the parties respectfully request that the Court grant their Motion and modify the above deadlines as proposed.

**DATED: October 28, 2025.**

Respectfully submitted,

*/s/ Jonathan B. Hollan*
Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

*/s/ Edward M. O'Brien*
Edward M. O'Brien
J. Trey Shoemaker
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
100 Mallard Creek Rd., Suite 250
Louisville, KY 40207
502.238.8500
502.238.7844 (fax)
edward.obrien@wilsonelser.com
trey.shoemaker@wilsonelser.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the Court on October 28, 2025, using the CM/ECF system, which will send notice of filing to the following counsel of record:

Jonathan B. Hollan
Terry Goodspeed
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
Telephone: (502) 400-6969
Facsimile: (502) 491-3946
jhollan@kylawoffice.com
terry@kylawoffice.com
*Counsel for Plaintiff*

                                   */s/ Edward M. O'Brien*
                                   *Counsel for Defendants*